No. 81–892.   GOINS ET AL. v. BETHLEHEM STEEL CORP. ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 81–895.   SEREGOS v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 81–901.   WEIGAND v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 81–902.   400 E. BALTIMORE STREET, INC., ET AL. v. MARYLAND.   Ct. Sp. App. Md.   Certiorari denied.

No. 81–911.   WHITE v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 81–915.   PERMANENT LABEL CORP. v. NATIONAL LABOR RELATIONS BOARD.   C. A. 3d Cir.   Certiorari denied.

No. 81–925.   MAINE CATERERS, INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 1st Cir. Certiorari denied.

No. 81–932.   OSTRER ET AL. v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 81–939.   RAMSEY ET AL. v. DONOVAN, SECRETARY OF LABOR.   C. A. 4th Cir.   Certiorari denied.

No. 81–949.   BLACKIE'S HOUSE OF BEEF, INC. v. CASTILLO, COMMISSIONER, IMMIGRATION AND NATURALIZATION SERVICE, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 81–963.   FRIENDLY RETIREMENT CENTER, INC. v. COLLING, SUCCESSOR TRUSTEE.   C. A. 5th Cir.   Certiorari denied.